**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RICHARD OLIVER,

         Appellant

         v.

MR. TYREE C. BLOCKER, STATE POLICE
COMMISSIONER,

         Appellee

: No. 34 EAP 2023
:
: Appeal from the Order of the
: Commonwealth Court entered on
: August 28, 2023, at No. 256 MD
: 2020.

**ORDER**

**PER CURIAM**                                        **DECIDED: September 26, 2024**

    **AND NOW,** this 26th day of September, 2024, the order of the Commonwealth Court is **AFFIRMED**.